FINO RT HTEH EU NMIITDEDDL SET DAITSTERS IDCITS TORFI CATL ACBOAUMRTA 
 NORTHERN DIVISION 

DRELIJAH J. MUHAMMAD-ALI, ) 
a/k/a MARCUS ORLANDO TAITE, ) 
# 180644, ) 
 ) 
Petitioner, ) 
 ) 
 v. ) CIVIL ACTION NO.: 2:20-cv-608-ECM 
 ) (WO) 
THE ROYAL COURT OF JUSTICE ) 
COAT OF ARMS OF ALABAMA, et al., ) 
 ) 
Respondents. ) 

 MEMORANDUM OPINION and ORDER 
Now pending before the court is the Report and Recommendation of the Magistrate Judge 
(doc. 3) which recommends that this petition be dismissed for lack of jurisdiction. Also pending 
before the Court is the Petitioner’s motion for change of venue (doc. 6). On October 28, 2020, 
the Petitioner filed Objections to the Recommendation (docs. 4 & 5). 
When a party objects to a Magistrate Judge’s Report and Recommendation, the district 
court must review the disputed portions de novo. 28 U.S.C. § 636(b)(1). The district court “may 
accept, reject, or modify the recommended disposition; receive further evidence; or resubmit the 
matter to the magistrate judge with instructions.” Fed. R. Civ. P. 72(b)(3). De novo review 
requires that the district court independently consider factual issues based on the record. Jeffrey 
S. ex rel. Ernest S. v. State Bd. of Educ., 896 F.2d 507, 513 (11th Cir. 1990). However, objections 
to the Magistrate Judge’s Report and Recommendation must be sufficiently specific in order to 
warrant de novo review. See Macort v. Prem, Inc., 208 F. App’x 781, 783-85 (11th Cir. 2006). 
Otherwise, a Report and Recommendation is reviewed for clear error. Id. 
The Court first addresses the Petitioner’s motion for change of venue. The Petitioner 
requests the Court transfer his petition to “Muhammad International Criminal Court of Justice 
Al-Rabat Morocco Empire Kingdom.” (Doc. 6). The Petitioner offers no legal basis for the 
Court to take such action. Accordingly, his motion is due to be denied. 
The Court has carefully reviewed the Recommendation of the Magistrate Judge, and the 
Petitioner’s objections. In his objections, the Petitioner objects to the dismissal of his petition 

without any specificity and without stating the bases for his objections. The Petitioner does not 
point to any legal error committed by the Magistrate Judge but offers only his conclusory 
assertions that he is not subject to the jurisdiction of this Court or the United States. The 
Petitioner merely re-offers a recitation of the claims made in his petition and other pleadings. 
Consequently, the Recommendation is reviewed for clear error, and the Court finds that the 

Petitioner’s objections are due to be overruled. Accordingly, for the reasons as stated and for 
good cause, it is 
ORDERED as follows: 
1. the Petitioner’s objections (docs. 4 & 5) are OVERRULED; 
2. the Recommendation of the Magistrate Judge (doc. 3) is ADOPTED; 

3. the Petitioner’s motion for change of venue (doc. 6) is DENIED; 
4. this case is DISMISSED without prejudice for lack of jurisdiction. 
A final judgment will be entered. 
DONE this 18th day of December, 2020. 

 /s/ Emily C. Marks 
 EMILY C. MARKS 
 CHIEF UNITED STATES DISTRICT JUDGE